IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCOTTIA L. HICKS                                                                                        PLAINTIFF

vs.                                            Civil No. 2:05-cv-2105

MICHAEL J. ASTRUE                                                                               DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 29th day of September 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** with prejudice.

   **IT IS SO ORDERED.**

                                                                /s/   Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U.S. MAGISTRATE JUDGE